UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 25-5191-JPR**                                                                 Date: **September 24, 2025**
Title: **Theresa Brooke v. 306 W. Cabrillo Blvd. LLC**
================================================================

**DOCKET ENTRY: Order to Show Cause Why This Case Should Not Be Dismissed for Failure to Prosecute**
================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANT:
         None present                                                                            None present

**PROCEEDINGS: (IN CHAMBERS)**

     Plaintiff filed this lawsuit alleging violations of the Americans with Disabilities Act of 1990 and the Unruh Civil Rights Act on June 7, 2025.  Under Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve the Complaint and Summons on Defendant by no later than September 5 and file proof of service.  See also Fed. R. Civ. P. 4(l)(1) (requiring proof of service by affidavit).  Under new Local Rule 4-6, proof of service must be filed "within 14 days of service of the summons and complaint or receipt of a notice and acknowledgment of service."  Thus, the proof of service was due at the latest on September 19, 2025.  To date, Plaintiff has not filed any proof of service.  And although Defendant's attorney filed a notice of appearance on July 14, 2025, Defendant has never filed an answer and Plaintiff has not moved for entry of default or taken any other action to prosecute this case.

     No later than seven days from the date of this order, Plaintiff must show cause in writing why this lawsuit should not be dismissed for failure to effect service and failure to prosecute.  If she does not timely respond, this lawsuit will likely be dismissed.  See Erskine v. Frager, No. 3:24-cv-01215-RBM-BLM, 2025 WL 1030161, at *2 (S.D. Cal. Apr. 7, 2025) (dismissing action without prejudice "based on Plaintiff's failure to prosecute and effect timely service").  If within the same period Plaintiff files a proof of service and, if applicable, a request for default, the

MINUTES FORM 11                                                                         Initials of Deputy Clerk : bm
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.    **CV 25-5191-JPR**                                          **September 24, 2025**
            **Theresa Brooke v. 306 W. Cabrillo Blvd. LLC**                             **Page 2**

-----------------------------------------------------------------

OSC will automatically be discharged.

MINUTES FORM 11                                      Initials of Deputy Clerk : bm
CIVIL-GEN